Clear Form

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: **Edward Thomas Kennedy**

Location of Plaintiff(s)/Petitioner(s) (city/state): **401 Tillage Rd. Breinigsville, PA 18031**

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): **18-1028 C**

Firm Name:

Contact information for pro se plaintiff/petitioner or attorney of record: (1)

Post Office Box:

Street Address: **SAME**

City-State-ZIP:

Telephone & Facsimile Numbers:

E-mail Address: **Kennedy 2018 @ alumni.nd.edu**

RECEIVED JUL 11 2018 OFFICE OF THE CLERK U.S. COURT OF FEDERAL CLAIMS

Is the attorney of record admitted to the Court of Federal Claims Bar?  ○ Yes  ○ No

---

Nature of Suit Code: **528**
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: **ED**

Number of Claims Involved: **5**

Amount Claimed: $ **23,000,000**
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____

Is plaintiff a small business?  ○ Yes  ✓ No

Was this action preceded by the filing of a protest before the GAO?  ○ Yes  ✓ No

If yes, was a decision on the merits rendered?  ○ Yes  ✓ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims?  ○ Yes  ○ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

Received - USCFC JUL 11 2018

(1) Objection to phrase 178 "pro se."