ORIGINAL

FILED
JUL 2 7 2018
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EDWARD THOMAS KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-1028 C |
| ) | Senior Judge Lettow |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Sean King_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sean King
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

_____  For Sean King
SEAN KING
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-9369
Facsimile: (202) 305-2062
Email: Sean.King@usdoj.gov

Dated: July 27, 2018

RECEIVED - USCFC
JUL 2 7 2018

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 27th day of _____July, 2018_____ , I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

> EDWARD THOMAS KENNEDY
> 401 Tillage Road
> Breinigsville, PA 18031

*[signature]* for Sean King