ORIGINAL

**FILED**

# In the United States Court of Federal Claims

**JUL 3 0 2018**

U.S. COURT OF
FEDERAL CLAIMS

No. 18-1028 C

EDWARD THOMAS KENNEDY,

      Plaintiff,

  v.

THE UNITED STATES,

      **Defendant.**

**JUDGMENT**

Pursuant to the court's Order, filed July 30, 2018,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of subject-matter jurisdiction.   No costs.

Lisa L. Reyes
Clerk of Court

**July 30, 2018**

By: *Anthony Curry*

Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.   Filing fee is $505.00.